# United States District Court
## Southern District of Georgia

DaimlerChrysler Financial Services
Americas LLC, successor-in-interest to
DaimlerChrysler Services North America LLC

**Plaintiff**

v.

Trapnell Chrysler Dodge Jeep, Inc.

**Defendant**

Case No. CV206-76

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

2006 APR 13  P 3: 02

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | Erich Durlacher |
| Business Address: | Burr & Forman LLP |
| | Firm/Business Name |
| | 171 Seventeenth Street NW, Suite 1100 |
| | Street Address |
| | Atlanta     GA     30363 |
| | Street Address (con't)    City    State    Zip |

Mailing Address (if other than street address)

Address Line 2                City, State, Zip
(404) 815-3000                       235563

Telephone Number (w/ area code)   Georgia Bar Number