# United States District Court
## Southern District of Georgia

DaimlerChrysler Financial Services
Americas LLC, successor-in-interest to
DaimlerChrysler Services North America LLC
_____
Plaintiff

v.

Trapnell Chrysler Dodge Jeep, Inc.
_____
Defendant

Case No.  CV206-76

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

2006 APR 13 P 3:02

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, *Petitioner's* request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of April, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | John O'Shea Sullivan |
| Business Address: | Burr & Forman LLP |
| | Firm/Business Name |
| | 171 Seventeenth Street NW, Suite 1100 |
| | Street Address |

| | Atlanta | GA | 30363 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (404) 815-3000 | 691305 |
| Telephone Number (w/ area code) | Georgia Bar Number |