# United States District Court

## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 MAR -1 P 1:02
CLERK L. LaVictoire
SO. DIST. OF GA.

DaimlerChrysler Financial Services Americas LLC, successor-in-interest to DaimlerChrysler Services North America LLC
Plaintiff

v.

Trapnell Chrysler Dodge Jeep, Inc.
Defendant

Case No. CV206-76

Appearing on behalf of

Plaintiff
(Plaintiff/Defendant)

ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 1st day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: Richard John Nikas

Business Address: Herrick Nikas
Firm/Business Name

The IronStone Building, Suite 560
Street Address

1201 Dove Street | Newport Beach, CA | 92660
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City, State, Zip

714-546-1400
Telephone Number (w/ area code) | Georgia Bar Number